IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ZACHARY ANTHONY ZANGHI,

      Appellant,

 v.                            Case No. 5D23-841
                                LT Case No. 2016-CF-000811-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed July 18, 2023

3.850 Appeal from the Circuit Court
for Flagler County,
Terence R. Perkins, Judge.

Zachary Anthony Zanghi, Milton, pro
se.

No Appearance for Appellee.

PER CURIAM.

     AFFIRMED.

EDWARDS, C.J., LAMBERT and JAY, JJ., concur.